IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MARY KATHERINE MITCHELL,**

    **Plaintiff,**

    v.          Case No. 3:04cv431/RV/EMT

**WORLD NET SERVICES CORP.,**
**d/b/a CHCS WORLD NET,**

    **Defendant.**
_____/

### ORDER OF DISMISSAL

The Court having been advised that this matter has been compromised and settled between the parties, it is ORDERED:

(1) All deadlines in this action are suspended.

(2) The parties shall file a Joint Stipulation for Dismissal within 60 days.

(3) In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 70 days after date, to reactivate this case. Otherwise, this case shall automatically be dismissed with prejudice and without taxation of costs on the 71st day after date.

DONE AND ORDERED this 26th day of April, 2005.

            /s/ *Roger Vinson*
            **ROGER VINSON**
            **Senior U.S. District Judge**